# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) <br> *(Changes Identified with Asterisks (*))* |
| v. | Case Number:  00-cr-00321-WDM |
| | USM Number:  29333-013 |
| FRANK J. LUJAN | Robert W. Pepin, AFPD <br> (Defendant's Attorney) |

**Date of Original Judgment:**  October 3, 2005

**Reason for Amendment:**  Direct Motion to District Court Pursuant to 28 U.S.C. § 2255 or 18 U.S.C. § 3559(c)(7).

**THE DEFENDANT:**  Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law - Driving With Revoked License-Aggravated | 05/26/04 |
| 2 | Violation of the Law - Driving Under the Influence | 05/26/04 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 28, 2005
Date of Imposition of Judgment

/s/ Walker D. Miller
Signature of Judge

Walker D. Miller, U.S. District Judge
Name & Title of Judge

December 6, 2005

DEFENDANT:  FRANK J. LUJAN
CASE NUMBER:  00-cr-00321-WDM                                              Judgment-Page 2 of 2

Date
## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty-six (36) months.

     The court recommends that the Bureau of Prisons designate the defendant to an institution in Florence, Colorado.  The Court further recommends that the defendant receive credit for 16 days spent in detention pending revocation.

     * The court further recommends to the Bureau of Prisons that defendant attend the residential drug and alcohol program at the Federal Correctional Institution in Florence, Colorado.

     The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

     Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

DEFENDANT:  FRANK J. LUJAN
CASE NUMBER:  00-cr-00321-WDM                                                                 Judgment-Page 3 of 2

By _____
Deputy United States Marshal